**Ernest B. MOORE, Petitioner—Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 03–15844.

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 23, 2004.

---

* This panel unanimously finds this case suit-

466

Ernest B. Moore, Inglewood, CA, pro se.

Hannah Horsley, Esq., Kevin V. Ryan, Office of the U.S. Attorney, San Francisco, CA, for Respondent–Appellee.

Before: HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

MEMORANDUM **

Ernest B. Moore appeals the district court's denial of his petition for writ of *coram nobis.* We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

We review de novo the district court's denial of a petition for writ of *coram nobis. Matus–Leva v. United States,* 287 F.3d 758, 760 (9th Cir.2002). Moore entered his guilty plea in 1987 and did not file his petition for writ of *coram nobis* until 2003. Because Moore failed to demonstrate that valid reasons exist for not attacking the conviction earlier, he is not entitled to *coram nobis* relief. *See Matus–Leva,* 287 F.3d at 760 (noting that the four requirements for *coram nobis* relief are conjunctive and "failure to meet any one of them is fatal").

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

